Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−19343−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Melissa Rivera−Quiles
   aka Melissa Rivera, aka Melissa Quiles
   1001 Cezanne Court
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−2597

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           11/12/25
Time:           09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 9, 2025
JAN: eag

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 25-19343-ABA

Melissa Rivera-Quiles                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 3
Date Rcvd: Sep 09, 2025            Form ID: 132            Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa Rivera-Quiles, 1001 Cezanne Court, Williamstown, NJ 08094-6315 |
| 520802140 | + | Gateway Mortgage (Gateway First Bank), Attn: Bankruptcy, 244 South Gateway Place, Jenks, OK 74037-3448 |
| 520802144 | | Justin Quiles, 1001 Cezanne Court, Williamstown, NJ 08094-6315 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2025 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2025 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520802131 | + | Email/PDF: bncnotices@becket-lee.com | Sep 09 2025 21:11:44 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520802132 | + | Email/PDF: bncnotices@becket-lee.com | Sep 09 2025 21:11:51 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520802133 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2025 21:11:33 | Cap1/kohls Dept Store, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520802134 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2025 20:56:51 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520802135 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2025 20:55:29 | Capital One, N.A., 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 520802137 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 09 2025 20:46:00 | Discover Home Loans, Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520802136 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 09 2025 20:47:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520802138 | | Email/Text: bankruptcycourts@equifax.com | Sep 09 2025 20:46:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 520802139 | ^ | MEBN | Sep 09 2025 20:42:36 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520802141 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 09 2025 20:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520802142 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2025 20:47:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520802143 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2025 20:47:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 520802146 | ^ | MEBN | Sep 09 2025 20:42:12 | KML Law Group, PC, Attn: Frank J. Keenan, |

Case 25-19343-ABA    Doc 6    Filed 09/11/25    Entered 09/12/25 00:16:46    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 09, 2025 | Form ID: 132 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520802147 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2025 20:56:52 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 520802148 | + | Email/Text: netcreditbnc@enova.com | Sep 09 2025 20:47:30 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 520802149 | + | Email/Text: USBankruptcyCourtnotices@njhmfa.gov | Sep 09 2025 20:47:00 | New Jersey Housing and Mortgage Finance, 637 South Clinton Ave., Po Box 18550, Trenton, NJ 08650-2085 |
| 520802150 | + | Email/Text: bnc@nordstrom.com | Sep 09 2025 20:46:20 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 520802152 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2025 20:57:41 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 520802153 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2025 20:56:47 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520802151 | + | Email/Text: bankruptcy1@pffcu.org | Sep 09 2025 20:46:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 520802154 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 09 2025 20:46:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520802155 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 21:11:24 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520802156 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 20:55:24 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520802157 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2025 21:11:00 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520802158 | + | Email/Text: bankruptcy@td.com | Sep 09 2025 20:47:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 520802159 | | Email/Text: jpotopchuk@monroetownshipnj.org | Sep 09 2025 20:46:00 | Township of Monroe, Attn: Tax Office, 125 Virginia Ave, Williamstown, NJ 08094 |
| 520802160 | ^ | MEBN | Sep 09 2025 20:42:44 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520802145 | *+ | Justin Quiles, 1001 Cezanne Court, Williamstown, NJ 08094-6315 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Sep 09, 2025 | Form ID: 132 | Total Noticed: 32

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2025  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Thomas G. Egner | on behalf of Debtor Melissa Rivera-Quiles tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3