Certificate Number: 15111-NJ-DE-040107944

Bankruptcy Case Number: 25-19343



15111-NJ-DE-040107944

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 19, 2025, at 1:06 o'clock PM EDT, Melissa Rivera-Quiles completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 19, 2025               By:    /s/Hasan Bilal for Ryan McDonough

Name:  Ryan McDonough

Title:   Executive Director of Education