UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian E. Caine, Esq.
PARKER McCAY P.A
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 985-4059
Attorney for Gateway Mortgage, a division of Gateway First Bank

In Re:
Melissa Rivera-Quiles

Case No.:      25-19343-ABA
Chapter:            13
Hearing Date:    January 6, 2026
Judge:            Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay and Co-Debtor Stay (docket #19)

_____OTBS_____

Date: December 31, 2025           /s/Brian E. Caine
                                  Signature

*rev.8/1/15*