UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian E. Caine, Esq.
PARKER McCAY P.A
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 985-4059
Attorneys for Gateway Mortgage, a division of Gateway First Bank

In Re:
Melissa Rivera-Quiles

Case No.: 25-19343-ABA
Chapter: 13
Judge: Altenburg

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Gateway Mortgage, a division of Gateway First Bank. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Brian E. Caine, Esquire
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, New Jersey  08054

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: January 12, 2026

/s/Brian E. Caine
Signature

*new.8/1/15*