| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Brian E. Caine, Esq.<br>PARKER McCAY P.A.<br>9000 Midlantic Drive; Suite 300<br>Mt. Laurel, New Jersey 08054<br>(856) 985-4059<br>Attorney for Gateway Mortgage, a division of Gateway First Bank | Order Filed on January 20, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Melissa Rivera-Quiles | CASE NO. 25-19343-ABA<br>Chapter: 13<br>Hearing: January 6, 2026<br>Judge: Andrew B. Altenburg Jr. |

# ORDER RESOLVING
# CREDITOR'S MOTION FOR RELIEF FROM STAY
# AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 20, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Melissa Rivera-Quiles
Case No:  25-19343-ABA
Caption of Order:  Order Resolving Creditor's Motion for Relief from Stay and Co-Debtor Stay

      Upon consideration of Gateway Mortgage, a division of Gateway First Bank, its successors and/or assigns, (hereinafter "Movant") application for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay and section 1301 co-debtor stay, as to certain real property as hereinafter set forth, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

      **ORDERED** as follows:

1. The Debtor cured the post-petition arrears of $7,546.02 as listed in Movant's motion [3 months @$2,515.34 (10/1/2025-12/1/2025) = $7,546.02] by making a payment of $7,547.00 on or about December 30, 2025.

2. Commencing with the January 1, 2026 regular monthly post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

3. Debtor shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $1,149.00 for attorney's fees and costs incurred by Movant in the prosecution of its application for relief from stay and co-debtor stay.

4. **Thirty-Day Default Clause:**  If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant for more than (30) days from the due date, then upon Certification of Default of said payments in accordance herewith submitted by secured creditor's counsel, and under the timeframe providing for any opposition filed under LBR 4001-1(b)(2), the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a), and Section 1301 Co-debtor stay with respect to the realty commonly known as 1001 Cezanne Court, Williamstown, NJ 08094.