| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Brian E. Caine, Esq.<br>PARKER McCAY P.A.<br>9000 Midlantic Drive; Suite 300<br>Mt. Laurel, New Jersey 08054<br>(856) 985-4059<br>Attorney for Gateway Mortgage, a division of Gateway First Bank |
|---|
| In Re:<br><br>Melissa Rivera-Quiles |

Order Filed on January 20, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO. 25-19343-ABA
Chapter: 13
Hearing: January 6, 2026
Judge: Andrew B. Altenburg Jr.

# ORDER RESOLVING
# CREDITOR'S MOTION FOR RELIEF FROM STAY
# AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 20, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:  Melissa Rivera-Quiles
Case No:  25-19343-ABA
Caption of Order:  Order Resolving Creditor's Motion for Relief from Stay and Co-Debtor Stay

Upon consideration of Gateway Mortgage, a division of Gateway First Bank, its successors and/or assigns, (hereinafter "Movant") application for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay and section 1301 co-debtor stay, as to certain real property as hereinafter set forth, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. The Debtor cured the post-petition arrears of $7,546.02 as listed in Movant's motion [3 months @$2,515.34 (10/1/2025-12/1/2025) = $7,546.02] by making a payment of $7,547.00 on or about December 30, 2025.

2. Commencing with the January 1, 2026 regular monthly post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

3. Debtor shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $1,149.00 for attorney's fees and costs incurred by Movant in the prosecution of its application for relief from stay and co-debtor stay.

4. **Thirty-Day Default Clause:**  If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant for more than (30) days from the due date, then upon Certification of Default of said payments in accordance herewith submitted by secured creditor's counsel, and under the timeframe providing for any opposition filed under LBR 4001-1(b)(2), the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a), and Section 1301 Co-debtor stay with respect to the realty commonly known as 1001 Cezanne Court, Williamstown, NJ 08094.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-19343-ABA |
| Melissa Rivera-Quiles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 20, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

**Recip ID        Recipient Name and Address**
db            + Melissa Rivera-Quiles, 1001 Cezanne Court, Williamstown, NJ 08094-6315

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Brian E Caine | on behalf of Creditor Gateway Mortgage  a division of Gateway First Bank bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor CAPITAL ONE  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Thomas G. Egner | on behalf of Debtor Melissa Rivera-Quiles tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 20, 2026 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                      USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6