**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**
---------------------------------------------------------------X

**In re:**                                    :          **Chapter 13**
                                              :
**Melissa Rivera-Quiles,**                    :          **Case No. 25-19343**
                                              :
                                              :
                                              :
                        **Debtors**           :
---------------------------------------------------------------X

**CERTIFICATION OF DEBTOR**

I, **Melissa Rivera-Quiles** of full age certifies as follows:

1.  I am the debtor in the above referenced bankruptcy.

2.  This certification is made in response to the Final Adjournment Order entered on January 15, 2026.

3.  I have provided information regarding the 2nd mortgage via Certification to my attorney on February 24, 2026.

4.  I have provided proof of child care and education costs on to my attorney on February 24, 2026.

5.  I have provided exact dates of retirement loads via Certification on February 24, 2026.

6.  I have provided all the information regarding my parents' expenses that they will share with me via Certification on February 24, 2026.

        I certify under the penalties of perjury that the factual allegations contained in the foregoing certification are true and correct to the best of my information and belief.

Dated: March 31, 2026                              /s/ Melissa Rivera-Quiles
                                                   Melissa Rivera-Quiles