**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
CAMDEN

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

----------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Melissa Rivera-Quiles,** | : | **Case No. 25-19343** |
| | : | |
| | : | |
| | : | |
| **Debtors** | : | |

----------------------------------------------------------------X

### WITHDRAWAL OF DOCUMENT NO. 40 CHAPTER 13 STATEMENT OF YOUR CURRENT MONTHLY INCOME FILED ON 4/3/2026

I, **Thomas G. Egner, Esq.,** counsel to Debtor(s), **Melissa Rivera-Quiles,** hereby withdraw

document no. **40**, Chapter 13 Statement Of Your Current Monthly Income filed **4/03/2026** in the

above referenced matter.


McDowell Law, PC

Dated:  April 6, 2026                     *By:/s/***Thomas G. Egner**
                                          **Thomas G. Egner,** Esq.
                                          Attorney for the Debtor(s)