Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−19343−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Melissa Rivera−Quiles
    aka Melissa Rivera, aka Melissa Quiles
    1001 Cezanne Court
    Williamstown, NJ 08094

Social Security No.:
    xxx−xx−2597

Employer's Tax I.D. No.:

### NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 14, 2026.

Dated: May 14, 2026
JAN: elb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-19343-ABA

Melissa Rivera-Quiles                                                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 4

Date Rcvd: May 14, 2026                       Form ID: plncf13                      Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Melissa Rivera-Quiles, 1001 Cezanne Court, Williamstown, NJ 08094-6315 |
| 520875587 | + | Brickhouse OpCo I LLC, 4053 Maple Road Suite 122, Amherst, NY 14226-1058 |
| 520802144 | | Justin Quiles, 1001 Cezanne Court, Williamstown, NJ 08094-6315 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 14 2026 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 14 2026 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520834849 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2026 21:05:39 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520866863 | | Email/PDF: bncnotices@becket-lee.com | May 14 2026 21:06:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520802131 | + | Email/PDF: bncnotices@becket-lee.com | May 14 2026 21:06:25 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520802132 | + | Email/PDF: bncnotices@becket-lee.com | May 14 2026 21:06:07 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520856028 | + | Email/Text: bankruptcy@pepcoholdings.com | May 14 2026 20:55:00 | Atlantic City Electric, 5 Collins Dr Mailstop 84CP42, Carneys Point, NJ 08069-3600 |
| 520802133 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2026 21:06:05 | Cap1/kohls Dept Store, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520802134 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2026 21:06:05 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520802135 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 14 2026 21:06:05 | Capital One, N.A., 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 520839665 | + | Email/PDF: ebn_ais@aisinfo.com | May 14 2026 21:06:10 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520877661 | ^ | MEBN | May 14 2026 20:53:33 | Capital One, N.A., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 520802137 | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 14 2026 20:54:00 | Discover Home Loans, Attn: Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520802136 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 14 2026 20:55:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |

| | | |
|---|---|---|
| 520802138 | Email/Text: bankruptcycourts@equifax.com | |
| | May 14 2026 20:54:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 520802139 | ^ MEBN | |
| | May 14 2026 20:52:47 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 520802140 | + Email/Text: bankruptcy@gatewayloan.com | |
| | May 14 2026 20:55:00 | Gateway Mortgage (Gateway First Bank), Attn: Bankruptcy, 244 South Gateway Place, Jenks, OK 74037-3448 |
| 520846740 | Email/Text: bankruptcy@gatewayloan.com | |
| | May 14 2026 20:55:00 | Gateway Mortgage, a division of Gateway First Bank, 244 South Gateway Place, Jenks, OK 74037-3448 |
| 520802141 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | |
| | May 14 2026 20:54:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 520802142 | + Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | May 14 2026 20:55:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520825599 | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | May 14 2026 20:55:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 520856286 | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | May 14 2026 20:55:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520802143 | + Email/Text: JCAP_BNC_Notices@jcap.com | |
| | May 14 2026 20:55:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 520802146 | ^ MEBN | |
| | May 14 2026 20:53:43 | KML Law Group, PC, Attn: Frank J. Keenan, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520802147 | + Email/PDF: resurgentbknotifications@resurgent.com | |
| | May 14 2026 21:05:42 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 520810676 | Email/PDF: resurgentbknotifications@resurgent.com | |
| | May 14 2026 21:05:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520861295 | + Email/Text: bankruptcydpt@mcmcg.com | |
| | May 14 2026 20:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520968393 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | |
| | May 14 2026 20:54:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520822223 | + Email/Text: JCAP_BNC_Notices@jcap.com | |
| | May 14 2026 20:55:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520802148 | + Email/Text: netcreditbnc@enova.com | |
| | May 14 2026 20:55:00 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 520802149 | + Email/Text: USBankruptcyCourtnotices@njhmfa.gov | |
| | May 14 2026 20:55:00 | New Jersey Housing and Mortgage Finance, 637 South Clinton Ave., Po Box 18550, Trenton, NJ 08650-2085 |
| 521008071 | Email/Text: mtgbk@shellpointmtg.com | |
| | May 14 2026 20:54:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 521008072 | + Email/Text: mtgbk@shellpointmtg.com | |
| | May 14 2026 20:54:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520976541 | + Email/Text: bkmailings@nbsdefaultservices.com | |
| | May 14 2026 20:55:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Paul W. Cervenka, 14841 Dallas Parkway, Suite 350, Dallas, Texas 75254-7685 |
| 520976399 | Email/Text: mtgbk@shellpointmtg.com | |
| | May 14 2026 20:54:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826,, Greenville, South Carolina 29603-0826 |
| 520802150 | + Email/Text: bankruptcy@td.com | |

| | | | |
|---|---|---|---|
| | | May 14 2026 20:55:00 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 520873159 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | May 14 2026 21:06:09 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520802152 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | May 14 2026 21:06:26 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 520802153 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | May 14 2026 21:05:31 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520871660 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | May 14 2026 21:05:29 | Portfolio Recovery Associates, LLC, c/o Credit Asset Sales LLC, POB 41067, Norfolk VA 23541 |
| 520871661 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | May 14 2026 21:06:26 | Portfolio Recovery Associates, LLC, c/o Macys, POB 41067, Norfolk VA 23541 |
| 520871659 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | May 14 2026 21:06:26 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 520802151 | + | Email/Text: bankruptcy1@pffcu.org | |
| | | May 14 2026 20:54:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 520825317 | + | Email/Text: bankruptcy1@pffcu.org | |
| | | May 14 2026 20:54:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 520871106 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | May 14 2026 21:06:16 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520802154 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | |
| | | May 14 2026 20:54:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 520879122 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | May 14 2026 21:06:10 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520802155 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 14 2026 21:06:01 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520802156 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 14 2026 21:06:01 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520802157 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | May 14 2026 21:05:21 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520823199 | ^ | MEBN | |
| | | May 14 2026 20:53:29 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520802158 | + | Email/Text: bankruptcy@td.com | |
| | | May 14 2026 20:55:00 | TD Bank/Raymour & Flanigan, Attn: Bankruptcy, 1701 Rt. 70 East, Cherry Hill, NJ 08003-2390 |
| 520802159 | | Email/Text: jpotopchuk@monroetownshipnj.org | |
| | | May 14 2026 20:54:00 | Township of Monroe, Attn: Tax Office, 125 Virginia Ave, Williamstown, NJ 08094 |
| 520802160 | ^ | MEBN | |
| | | May 14 2026 20:52:57 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 520815846 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | |
| | | May 14 2026 20:55:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, LINCOLN, NE 68508-1911 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520802145 | *+ | Justin Quiles, 1001 Cezanne Court, Williamstown, NJ 08094-6315 |

District/off: 0312-1           User: admin           Page 4 of 4

Date Rcvd: May 14, 2026          Form ID: plncf13          Total Noticed: 58

| | | |
|---|---|---|
| 521076711 | * | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 521076712 | *+ | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, PO Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage, Servicing 29603-0826 |
| 520881215 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Brian E Caine | on behalf of Creditor Gateway Mortgage  a division of Gateway First Bank bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Matthew K. Fissel | on behalf of Creditor CAPITAL ONE  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Thomas G. Egner | on behalf of Debtor Melissa Rivera-Quiles tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;fbeal@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6