| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>BRIAN E. CAINE, ESQ.<br>PARKER McCAY P.A.<br>9000 Midlantic Drive; Suite 300<br>Mt. Laurel, New Jersey 08054<br>(856) 985-4059<br>Attorney for Gateway Mortgage, a division of<br>Gateway First Bank, its successors and/or assigns | |
| In Re:<br><br>Melissa Rivera-Quiles | Case No. 25-19343-ABA<br>Chapter 13<br><br>Judge: Andrew B. Altenburg Jr. |

**CERTIFICATION OF SERVICE**

1. I, Lynne Charlino:

❑ represent the ______________________ in the above-captioned matter.

☑ am the secretary/paralegal for Brian E. Caine of Parker McCay P.A. who represents Gateway Mortgage, a division of Gateway First Bank, in the above captioned matter.

❑ am the _______________________ in the above case and am representing myself.

2. On August 10, 2026, I sent a copy of the Certification of Default, Proposed Order Vacating Automatic Stay and Co-Debtor Stay as to Real Property and Certification of Service to the parties listed in the chart below:

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 8/10/2026

/s/ Lynne Charlino
Lynne Charlino

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Justin Quiles<br>1001 Cezanne Court<br>Williamstown, NJ 08094 | Party In Interest (Co-Debtor) | ❑ Hand-delivered<br>☑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other ___________________<br>(as authorized by the court *) |