Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 25−19343−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Melissa Rivera−Quiles
aka Melissa Rivera, aka Melissa Quiles
1001 Cezanne Court
Williamstown, NJ 08094

Social Security No.:
xxx−xx−2597

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 9/15/26 at 10:00 AM

to consider and act upon the following:

***53*** − Certification in Opposition to (related document:51 Creditor's Certification of Default (related document:26 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Brian E Caine on behalf of Gateway Mortgage, a division of Gateway First Bank. Objection deadline is 08/24/2026. (Attachments: # 1 Filed Order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Gateway Mortgage, a division of Gateway First Bank) filed by Thomas G. Egner on behalf of Melissa Rivera−Quiles. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

Dated: 8/19/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court