UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRIAN E. CAINE, ESQ.
PARKER McCAY P.A.
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 985-4059
bcaine@parkermccay.com
Attorney for Gateway Mortgage, a division of
Gateway First Bank, its successors and/or assigns

In Re:

Melissa Rivera-Quiles

Case No.: 25-19343-ABA

Adv. No.: ____________

Chapter: 13

Hearing Date: 9/15/2026

Judge: Altenburg

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Brian E. Caine, Esq.,

☒ am the attorney for: Gateway Mortgage

☐ am self-represented

Phone number: (856) 985-4059

Email address: bcaine@parkermccay.com

2. I request an adjournment of the following hearing:

Matter: Creditor's Certification of Default

Current hearing date and time: 9/15/2026 at 10:00 a.m.

New date requested: 9/29/2026

Reason for adjournment request: Debtor's attorney has requested 2 weeks to give the debtor some additional time to make payments. Consent given.

3. I request an adjournment of confirmation:

Current confirmation date and time: ______________________________

New date requested: ______________________________

Reason for adjournment request: ______________________________

______________________________

Confirmation has been adjourned ______ previous times

Trustee payments are current through ______________________

The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4. Consent to adjournment:

☒ I have the consent of all parties. ☐ I do not have the consent of all parties (explain below): ______________________________

______________________________

______________________________

I certify under penalty of perjury that the foregoing is true.

Date: 9/10/2026 /s/Brian E. Caine
Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted New hearing date: 9/29/26 @ 10 AM ☐ Peremptory

☐ Granted over objection(s) New hearing date: ______________ ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*