**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
CAMDEN

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 13** |
| | : | |
| **Melissa Rivera-Quiles,** | : | **Case No. 25-19343** |
| | : | |
| | : | |
| **Debtors** | : | |

**<u>WITHDRAWAL OF DOCUMENT NO. 53 OPPOSITION TO CERTIFICATION OF DEFAULT FILED ON AUGUST 18, 2026</u>**

I, **Thomas G. Egner, Esq.,** counsel to Debtor(s), **Melissa Rivera-Quiles,** hereby withdraw document no. **53**, Opposition To Certification Of Default filed **8/18/2026** in the above referenced matter.

McDowell Law, PC

Dated: September 28, 2026

*By:/s/***Thomas G. Egner**
**Thomas G. Egner,** Esq.
Attorney for the Debtor(s)