Order Filed on September 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRIAN E. CAINE, ESQ.
PARKER McCAY P.A.
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 985-4059
Attorney for Gateway Mortgage, a division of Gateway First Bank, its successors and/or assigns

In Re:

Melissa Rivera-Quiles

Case No. 25-19343-ABA
Chapter 13

Judge: Andrew B. Altenburg Jr.

**ORDER VACATING STAY AND CO-DEBTOR STAY
AS TO REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: September 29, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

Upon the Certification of Default of Gateway Mortgage, a division of Gateway First Bank, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay and 1301 co-debtor stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay and co-debtor stay are vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

***1001 Cezanne Court, Williamstown, NJ 08094***

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.